**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00227-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHELLE MARTINEZ,

      Defendant.

---

## MINUTE ORDER[1]

---

      At the oral request of the parties, the change of plea hearing set for June 5, 2012, at 10:00 a.m., is **VACATED** and is **CONTINUED** to **June 27, 2012**, at 9:00 a.m.

      Dated:  May 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.