**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:            October 19, 2012

Courtroom Deputy:    Nel Steffens
Court Reporter:        Tracy Weir
Probation Officer:     Jan Woll

**Criminal Action No. 12-cr-00227-REB**

*Parties:*                                       *Counsel:*

UNITED STATES OF AMERICA,       Lillian Alves

      Plaintiff,

v.

1. MICHELLE MARTINEZ,               Gregory Graf

      Defendant.

**SENTENCING MINUTES**

**9:12 a.m.**      **Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the **United States' Motion for Downward Departure** [#17] filed October 1, 2012, is **GRANTED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **two years**;

5. That while on supervised probation the defendant shall comply with the following conditions of supervised probation:

    • all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    • all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

    • the following explicit or special conditions of supervised probation:

        • that the defendant shall not violate any federal, state, or

        municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That no restitution has been requested, therefore, no restitution is ordered or required;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Indictment and under the authority of Fed. R. Crim. P. 32.2(b)(3) and the statutory provisions of 21 U.S.C. § 853(p) and 18 U.S.C. § 2323(b); and

11. That immediately following this hearing, the defendant and her counsel shall confer with the probation officer to schedule an appointment for the defendant to read, review, and execute the required conditions of her supervised release.

The defendant has waived her right to appeal this sentence.

**9:46 a.m.    Court in recess.**

Total time in court:   00:34

Hearing concluded.